**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PPI HOLDINGS, INC., et al.,[1] | ) | Case No. 08-13289 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 24, 2009 AT 1:00 P.M. (EASTERN TIME)**

**CONTESTED MATTERS:**

1. Motion of Calsonic Kansei North America, Inc. for an Order Determining that Contracts with Debtors May be Terminated Without Relief from the Automatic Stay, or, Alternatively, for Relief from the Automatic Stay (Docket No. 274; filed February 9, 2009)

   Objection/ Response Deadline: January 28, 2009 at 4:00 p.m.

   Objections/ Responses Filed:

   a. Debtors' Response To Motion Of Calsonic Kansei North America, Inc. For An Order Determining That Contracts With Debtor May Be Terminated Without Relief From The Automatic Stay, Or Alternatively, For Relief From The Automatic Stay (Docket No. 380; filed March 12, 2009)

   Related Documents:

   a. Notice of Filing of Amended Exhibit D to the Motion of Calsonic Kansei North America, Inc. for an Order Determining That Contracts With Debtor May be Terminated Without Relief From the Automatic Stay or, Alternatively, for Relief From the Automatic Stay (Docket No. 279; filed February 10, 2009)

   b. Notice of Motion of Calsonic Kansei North America, Inc. for an Order Determining that Contracts with Debtors May be Terminated Without Relief from the Automatic Stay, or, Alternatively, for Relief from the Automatic Stay (Docket No. 280; filed February 10, 2009)

   c. Certification of Counsel Regarding Proposed Order Granting Motion of Calsonic Kansei North America, Inc. for an Order Determining That Contracts With the Debtor May Be Terminated Without Relief From the Automatic Stay, or, Alternatively, for Relief From the Automatic Stay (Docket No. 399; filed March 16, 2009)

---

[1] The Debtors in these proceedings are: PPI Holdings, Inc.; International Fineblanking Corporation; MPI International Holdings, Inc.; MPI International, Inc.; Michigan Fineblanking, Inc.; PPI Sub-Holdings, Inc.; Precision Parts International Services Corp.; Skill Tool & Die Corp.; Skill Tool & Die Holdings Corp.

d. Order Granting Motion of Calsonic Kansei North America, Inc. for an Order Determining That Contracts With the Debtor May Be Terminated Without Relief From the Automatic Stay, or, Alternatively, for Relief From the Automatic Stay (Docket No. 402; entered March 18, 2009)

**Status:** The parties have resolved this matter in principle and anticipate submitting an agreed upon form of order at the hearing.

**ADVERSARY PROCEEDING**

*Cerion, LLC v. PPI Holdings, Inc., et al. (Adv. Pro. No. 09-50490)*

2. **Motion of Cerion, LLC for Order Directing Prompt Mediation Under Local Bankruptcy Rule 9019-5 (Docket No. 4; filed March 20, 2009)**

   **Objection/ Response Deadline:** March 23, 2009 at 4:30 p.m.

   **Objections/ Responses Filed:**

   a. **Defendants' Response to Plaintiff's Motion for Mediation Under Local Bankruptcy Rule 9019-5 (Docket No. 7; filed March 23, 2009)**

   **Related Documents:**

   b. **Motion of Cerion, LLC, for an Order Shortening Time for Notice and Response to Motion of Cerion, LLC for Order Directing Prompt Mediation Under Local Bankruptcy Rule 9019-5 (Docket No. 5; filed March 20, 2009)**

   c. **Order Granting Motion of Cerion, LLC for an Order Shortening Time for Notice and Response to Motion of Cerion, LLC for Order Directing Prompt Mediation Under Local Bankruptcy Rule 9019-5 (Docket No. 6; entered March 23, 2009)**

   **Status:** The hearing on this matter will be going forward.

Dated: March 23, 2009  Respectfully submitted,
     Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ Leigh-Anne M. Raport
David M. Fournier (DE No. 2812)
Leigh-Anne M. Raport (DE No. 5055)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390
fournierd@pepperlaw.com
raportl@pepperlaw.com

and

Robert S. Hertzberg (P30261)
Deb Kovsky-Apap (P68258)
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Telephone: 313.259.7110
Facsimile: 313.259.7926
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Counsel for the Debtors