**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PPI HOLDINGS, INC., <u>et</u> <u>al.</u>, [1] | ) | Case No. 08-13289 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 12, 2010 AT 10:00 A.M. (EASTERN TIME)**

**CONTINUED MATTERS**

1.    Debtors' First Omnibus (Non-Substantive) Objection to Certain No Supporting Documentation Claims (Docket No. 989; filed August 19, 2010)

Objection Deadline:  September 20, 2010 at 4:00 p.m.

Objections Received:

a.    Response of the Ohio Department of Taxation to Debtors' First Omnibus Objection (Non-Substantive) to Certain No Documentation Claims (Docket No. 1005; filed September 13, 2010)

Related Documents:

a.    Order Granting Debtors First Omnibus (Non-Substantive) Objection To Certain No Supporting Documentation Claims (Docket No. 1033; filed October 12, 2010) .

Status:  The omnibus objection to claims is continued to a date to be determined with respect to Claim No. 178 (listed on **Exhibit A** attached hereto).  An order has been entered with respect to the remaining claim listed in the omnibus objection to claims.

---

[1]   The Debtors in these proceedings are:  PPI Holdings, Inc.; International Fineblanking Corporation; PPI Sub 1, Inc. (f/k/a MPI International Holdings, Inc.); PPI Sub 1A, Inc. (f/k/a MPI International, Inc.); Michigan Fineblanking, Inc.; PPI Sub-Holdings, Inc.; Precision Parts International Services Corp.; PPI Sub 2, Inc. (f/k/a Skill Tool & Die Holdings Corp.); and PPI Sub 2A, Inc. (f/k/a Skill Tool & Die Corp.).

#13421963 v1

2.      Motion of Debtors for Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation and Voting Procedures with Respect to Debtors Chapter 11 Plan; (D) Approving Form of Solicitation Package and Notices; and (E) Scheduling Certain Dates in Connection Therewith (Docket No. 1019; filed September 22, 2010)

   Objection Deadline:  October 21, 2010 at 4:00 p.m.

   Objections Received:  None.

   Related Documents:

   a.      Joint Chapter 11 Plan of Liquidation by the Debtors and the Official Committee of Unsecured Creditors  (Docket No. 1002; filed September 10, 2010)

   b.      Disclosure Statement for the Joint Chapter 11 Plan of Liquidation by the Debtors and the Official Committee of Unsecured Creditors  (Docket No. 1003; filed September 10, 2010)

   c.      Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Liquidation by the Debtors and the Official Committee of Unsecured Creditors  (Docket No. 1036; filed October 13, 2010)

   Status:  This matter has been adjourned to a date to be determined.


## FEE APPLICATIONS

3.      Fifth and Sixth Quarterly Fee Application Requests of Alvarez & Marsal North American, LLC, Financial Advisors to the Debtors and Debtors-in-Possession (Docket Nos. 1034 & 1035; filed October 13, 2010)

   Related Documents:    See **Exhibit B** attached hereto.

   Status:    Copies of the fee applications and the related pleadings, as listed on **Exhibit B** attached hereto, have previously been submitted to the Court for review. Counsel for the Debtors will present the Court with a proposed order at the hearing.

#13421963 v1

**UNCONTESTED MATTERS GOING FORWARD**

4.      Motion Of Official Committee Of Unsecured Creditors For Derivative Standing To Permit Committee To Prosecute Chapter 5 Causes Of Action On Behalf Of The Debtors' Estates (Docket No. 1053; filed November 5, 2010)

Objection Deadline:  November 12, 2010 at 9:00 a.m.

Objections/ Responses Received:  None as of the filing of this notice of agenda.

Related Documents:

a.      Motion Of Official Committee Of Unsecured Creditors For An Order Shortening Notice Period In Connection With Motion Of Official Committee Of Unsecured Creditors For Derivative Standing To Permit Committee To Prosecute Chapter 5 Causes Of Action On Behalf Of The Debtors' Estates (Docket No. 1054; filed November 5, 2010)

b.      Order Granting Motion Of Official Committee Of Unsecured Creditors For An Order Shortening Notice Period In Connection With Motion Of Official Committee Of Unsecured Creditors For Derivative Standing To Permit Committee To Prosecute Chapter 5 Causes Of Action On Behalf Of The Debtors' Estates (Docket No. 1055; filed November 5, 2010)

c.      Notice Of (I) Motion Of Official Committee Of Unsecured Creditors For Derivative Standing To Permit Committee To Prosecute Chapter 5 Causes Of Action On Behalf Of The Debtors' Estates And (II) Order Shortening Notice And Hearing Thereon (Docket No. 1056; filed November 5, 2010)

Status:  This matter is going forward.

Dated:  November 10, 2010                    Respectfully submitted,
        Wilmington, Delaware

                                             **PEPPER HAMILTON LLP**


                                             /s/ John H. Schanne, II
                                             David M. Fournier (DE No. 2812)
                                             John H. Schanne, II (DE No. 5260)
                                             Hercules Plaza, Suite 5100
                                             1313 Market Street
                                             P.O. Box 1709
                                             Wilmington, DE 19899-1709
                                             Telephone:  302.777.6500
                                             Facsimile: 302.421.8390
                                             fournierd@pepperlaw.com
                                             schannej@pepperlaw.com

#13421963 v1

-and-

Robert S. Hertzberg (P30261)
Deb Kovsky-Apap (P68258)
100 Renaissance Center, Suite 3600
Detroit, MI  48243-1157
Telephone:  313.259.7110
Facsimile:  313.259.7926
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Counsel for the Debtors*

#13421963 v1